Richard T. Dudek (SBN #149365)
1801 7th Street, Suite 125
Sacramento, CA 95811
Phone (916)444-7595
RichDudek@sbcglobal.net

Attorney for Defendant
CONSTANTIN SCHILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br><br>CONSTRANTIN SCHILLER<br><br>DEFENDANT | CASE NO.: **2:15-CR-00235-TLN**<br><br>[~~PROPOSED~~] **ORDER RELEASING PASSPORT TO DEFENDANT**<br><br>JUDGE: HONORABLE<br>   EDMUND F. BRENNAN |

    Upon review and consideration of Defendant's Motion to Modify Conditions of Pretrial Release [ECF No. 191], and after Defendant's sentencing date was continued from October 13, 2016 to February 23, 2017, the Court GRANTS the motion, as stated on the record during the hearing on September 26, 2016, and hereby orders the Clerk of the Court to release defendant's passport [ECF Nos. 73] to the defendant, Constantin Schiller, for purposes of his approved international travel to Romania.

    IT IS SO ORDERED.

DATED:  September 29, 2016.

_____
   Hon. Edmund F. Brennan
   United States Magistrate Judge