PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL M. BECKWITH
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00235-TLN |
|---|---|
| Plaintiff, | GOVERNMENT REQUEST PURSUANT TO SEALING ORDER DATED AUGUST 2, 2016 FOR THE DEFENSE TO FILE MOTIONS UNDER SEAL |
| v. | |
| DUMITRU MARTIN et al., | |
| Defendant. | COURT: Hon. Troy L. Nunley |

On August 2, 2016, the Court issued a protective order (the "Order") in this case. The Order stated, in part, "parties and their counsel of record shall not provide or disclose any of the discovery in this case, including the contents thereof, to any person other than the defendant, or attorneys, law clerks, paralegals, secretaries, experts, investigators, and translator or interpreters, involved in the representation of their clients, as well as the Court and its staff and personnel." ECF Dkt. No. 117 at 1.

The Order also states "[i]n the event that any party intends to file on the public docket any of the items contained in discovery, that party shall notify all other parties in advance to permit the other parties the opportunity to determine whether they will request the documents be filed under seal." ECF Dkt. No. 117 at 2-3.

///

///

The defense has informed the government that it will be filing a motion for a new trial and a motion to reconsider the Court's CIPA ruling.

In an email dated November 30, 2016, and pursuant to the Order, the defense notified the government that its "motions will include as exhibits copies of both redacted and not redacted FBI reports, including Electronic Communications, Forms FD 1023 and FD 1040a and others which were provided . . . in pre-trial discovery. A discussion of the documents will be included in the motions themselves and will include very specific and identifying references to FBI CHS's and to other investigations."

On December 1, 2016 the defense informed the government that it would likely file its motions on December 5, 2016 in accordance with the parties' briefing schedule. The defense also indicated it has no objection to the government using its November 30, 2016 email as part of this filing.

Pursuant to the Order, the government asks the defense to file its motions and all exhibits under seal. This request is made in light of the defense indication that its motion would disclose some of the discovery in this case. *See* ECF Dkt. No. 117 at 2-3 (Paragraph 10). It is the government's understanding that the defense will comply unilaterally with this request.

Dated:  December 2, 2016

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:  */s/ Michael M. Beckwith*
MICHAEL M. BECKWITH
Assistant United States Attorney

REQUEST PURSUANT TO SEALING ORDER     2