McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-235 TLN |
| Plaintiff, | NOTICE TO SEAL DOCUMENT |
| v. | |
| CONSTANTIN SCHILLER, | |
| Defendant. | |

Pursuant to Local Rule 141, the United States, through Assistant United States Attorneys Todd A. Pickles and Michael M. Beckwith, hereby gives notice that it has submitted to the Court a three-page supplemental sentencing recommendation, a copy of which has also been submitted to counsel for the defendant Constantin Schiller, and requested such document be sealed.

Dated: August 15, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorney

NOTICE TO SEAL DOCUMENT                    1