| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>MICHAEL M. BECKWITH |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN SCHILLER,<br><br>Defendant. | CASE NO. 2:15-CR-00235 TLN<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; ORDER REQUIRING APPEARANCE OF DEFENDANT |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Constantin Schiller, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the judgment and sentencing hearings for defendant Schiller on August 23, 2018. The United States had filed its sentencing documents and Mr. Schiller made travel arrangements to appear. Unfortunately, the authorization for entrance into the United States required from the pertinent federal agencies was not completed in time for his travel.

2. By this stipulation, the parties jointly request that the judgment and sentencing hearing for defendant Schiller be continued to September 20, 2018 at 9:30 a.m. The parties have conferred with the Courtroom Deputy and the Court's interpreter coordinator and that date is also available for a Romania interpreter. The continuance is necessary to complete the travel authorization for Mr. Schiller to enter the United States to appear for sentencing.

STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER

1

3. Additionally, defendant Schiller expressly agrees that he will appear before the Court on the date of September 20, 2018, and acknowledges that his failure to appear on that date may result in his immediate incarceration, that the United States may file additional charges for his failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States has filed based on any substantial assistance provided to the prosecution to date or otherwise affect the United States's sentencing recommendation.

4. Counsel for the defense agree that he will have this stipulation and proposed order read or translated to his client in his own language, and will provide a copy of the Court's order to his client and directly inform him upon entry of the Court's order.

IT IS SO STIPULATED AND REQUESTED.

Dated: August 22, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys


Dated: August 22, 2018

*/s/ Richard Dudek (as authorized 8/22/2018)*
RICHARD DUDEK
Counsel for Defendant
CONSTANTIN SCHILLER

**ORDER**

This matter came before the Court on the parties' stipulation to request a continuance of the judgment and sentencing hearing for defendant Constantin Schiller. For the reasons stated above, and good cause showing, the Court GRANTS the parties' request and CONTINUES the judgment and sentencing hearing to September 20, 2018 at 9:30 a.m.

IT IS FURTHER ORDERED THAT defendant Schiller shall personally appear on September 20, 2018 at 9:30 a.m. in this Court.

IT IS SO FOUND AND ORDERED this 22nd day of August, 2018.

Troy L. Nunley
United States District Judge